# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOSE ARCEO,        )<br>                              )<br>    Movant,        )<br>v.                            )          2:10-cv-08051-IPJ-PWG<br>                              )          (2:09-cr-00049-IPJ-PWG)<br>                              )<br>UNITED STATES OF AMERICA, )<br>                              )<br>    Respondent.    ) | |

## MEMORANDUM OPINION

This motion to vacate, set aside, or correct sentence was filed by movant, Jose Arceo ("Movant"), on November 18, 2010. (Doc. # 1). After a long period of inactivity in this case, on December 4, 2013, the magistrate judge ordered Movant to show cause why this case should not be dismissed for lack of prosecution. (Doc. # 11). That order has been returned to the Court as undeliverable, with the notation "REFUSED - NOT AT THIS FACILITY." Movant has a duty to notify the Court of any changes in his mailing address. Movant is aware of this duty, as evidenced by the previous notice of change of address, which he filed on March 23, 2011. (Doc. # 9). Accordingly, this case is due to be dismissed for failure to prosecute.

An separate final judgment will be entered.

DONE this 19th day of December, 2013.

_____
INGE PRYTZ JOHNSON
SENIOR U.S. DISTRICT JUDGE